[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  16-10269
Non-Argument Calendar

_____

D.C. Docket Number 1:13-cr-20577-MGC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT BENEBY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(January 6, 2017)

Before WILSON, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Reginald Moss, Jr., appointed counsel for Robert Beneby in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record, including Beneby's response to

counsel's motion, reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Beneby's convictions and total sentence are **AFFIRMED**.